IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**PARIS DEMETIRUS EVANS,**

   *Plaintiff*,

v.                                    Case No.: 4:24v160-MW/MAF

**BOB LEBLANC, et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 3, is **accepted and adopted** as this Court's opinion. This case is **TRANSFERRED** to the United States District Court for the Middle District of Florida. The Clerk shall take all steps necessary to transfer this case and close the file.

**SO ORDERED on May 3, 2024.**

                                                   s/Mark E. Walker
                                                 **Chief United States District Judge**